NICHOLAS BERTINI et al., Respondents, *v.* JOHN R. MURRAY, Doing Business under the Name of JOHN R. MURRAY & SON et al., Respondents, and KNICKERBOCKER ICE COMPANY et al., Appellants.

Submitted October 19, 1942; decided October 29, 1942.

*Irving Lemov* for motion.
*Irving J. W. Marx* opposed.

Motion granted and appeal dismissed with costs, and ten dollars costs of motion, on the ground that the judgment does not finally determine the action within the meaning of the Constitution.